**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT**
**VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

DD263615

| DATE | NET AMOUNT |
|---|---|
| 10/01/2021 | $4,110.92 |

***VOID**********VOID**********VOID********NOTICE OF DEPOSIT******

1654
MELISSA D RUSSELL

---

EMPLOYEE NAME: MELISSA D RUSSELL   EMPLOYEE NO.: ▇   CHECK DATE: 10/01/2021   DD263615

FOR THE TWO WEEKS ENDING: 09/24/2021   GROSS: 6,665.85   NET: 4,110.92

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 79.50 | 125,309.4825 | 4,759.36 |
| SICK LEAVE USED | 1.00 | 60.2449 | 60.24 |
| OT-SPECIAL OPERATION | 11.75 | 91.1606 | 1,071.14 |
| LONGEVITY | | 0.0000 | 45.83 |
| OT-PATROL | 8.00 | 91.1606 | 729.28 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 92.42 | 1,589.33 |
| FEDERAL TAX | 1,063.59 | 16,944.05 |
| STATE TAX | 269.79 | 4,502.62 |
| POLICE PENSION | 482.16 | 9,571.67 |
| MEDICAL CARE 125 | 114.59 | 2,177.21 |
| NATIONWIDE | 350.00 | 7,250.00 |
| DENTAL | 7.88 | 146.62 |
| LIFE | 0.52 | 9.88 |
| PPO IL | 168.98 | 3,145.62 |
| POLICE BEN. FUND | 5.00 | 95.00 |
| **TOTALS:** | **2,554.93** | **45,432.00** |

### IMPORTANT MESSAGE

### DIRECT DEPOSIT

| BANK | CURRENT |
|---|---|
| ▇CIAL BANK | ▇ |

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 115,105.01 | 92,787.05 | 0.00 | 109,608.72 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 8.00 | 0.00 | 0.00 | 8.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 432.00 | 0.00 | 0.00 | 432.00 |
| FLOATING HOLIDAY 8 HR | 16.00 | 0.00 | 0.00 | 16.00 |
| SICK LEAVE 8 HRS. | 563.89 | 3.70 | 1.00 | 566.59 |
| POLICE VAC | 130.10 | 6.15 | 0.00 | 136.25 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 92.42 | 1,589.33 |
| DENTAL-VOS SHARE | 44.62 | 830.68 |
| LIFE-VOS SHARE | 3.80 | 72.20 |
| PPO IL_ER | 957.57 | 17,825.53 |
| **TOTALS:** | **1,098.41** | **20,317.74** |

**EXHIBIT 3**

**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT**
**VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

DD294582

| DATE | NET AMOUNT |
|---|---|
| 06/21/2024 | $4,127.59 |

***VOID**********VOID**********VOID********NOTICE OF DEPOSIT******

1654
MELISSA D RUSSELL

---

EMPLOYEE NAME: MELISSA D RUSSELL    EMPLOYEE NO.:    CHECK DATE:   06/21/2024    DD294582
FOR THE TWO WEEKS ENDING: 06/14/2024    GROSS: 6,762.90    NET: 4,127.59

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 80.00 | 139,670.9600 | 5,371.96 |
| OT-GRANT | 3.75 | 101.5175 | 380.69 |
| OT-SPECIAL OPERATION | 9.50 | 101.5175 | 964.42 |
| LONGEVITY | | 0.0000 | 45.83 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 92.39 | 1,101.72 |
| FEDERAL TAX | 993.29 | 11,411.33 |
| STATE TAX | 266.20 | 3,153.29 |
| POLICE PENSION | 536.90 | 6,824.81 |
| MEDICAL CARE 125 | 125.00 | 1,500.00 |
| NATIONWIDE | 350.00 | 4,200.00 |
| DENTAL | 8.48 | 98.46 |
| LIFE | 0.52 | 6.24 |
| PPO IL | 257.53 | 2,988.96 |
| POLICE BEN. FUND | 5.00 | 60.00 |
| TOTALS: | 2,635.31 | 31,344.81 |

### IMPORTANT MESSAGE

### DIRECT DEPOSIT

| BANK | CURRENT |
|---|---|

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 80,903.55 | 64,955.84 | 0.00 | 75,980.65 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 64.00 | 0.00 | 0.00 | 64.00 |
| FLOATING HOLIDAY 8 HR | 24.00 | 0.00 | 0.00 | 24.00 |
| SICK LEAVE 8 HRS. | 434.52 | 3.70 | 0.00 | 438.22 |
| POLICE VAC | 155.04 | 7.69 | 0.00 | 162.73 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 92.39 | 1,101.72 |
| DENTAL-VOS SHARE | 48.07 | 557.94 |
| LIFE-VOS SHARE | 3.80 | 45.60 |
| PPO IL_ER | 1,459.34 | 16,937.28 |
| TOTALS: | 1,603.60 | 18,642.54 |

**EXHIBIT 3**

**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT**
**VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

DD283464

| DATE | NET AMOUNT |
|---|---|
| 06/23/2023 | $4,020.64 |

***VOID**********VOID**********VOID********NOTICE OF DEPOSIT******

1654
MELISSA D RUSSELL

---

EMPLOYEE NAME: MELISSA D RUSSELL        EMPLOYEE NO.:           CHECK DATE:   06/23/2023    DD283464
FOR THE TWO WEEKS ENDING: 06/16/2023        GROSS: 6,592.21        NET: 4,020.64

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 72.00 | 135,602.8738 | 4,172.40 |
| SICK LEAVE USED | 16.00 | 65.1937 | 1,043.10 |
| OT-GRANT | 9.00 | 98.5838 | 887.25 |
| OT-SPECIAL OPERATION | 4.50 | 98.5838 | 443.63 |
| LONGEVITY | | 0.0000 | 45.83 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 90.36 | 896.46 |
| FEDERAL TAX | 984.23 | 8,684.79 |
| STATE TAX | 260.35 | 2,460.77 |
| POLICE PENSION | 521.40 | 6,630.59 |
| MEDICAL CARE 125 | 104.17 | 1,250.04 |
| NATIONWIDE | 350.00 | 4,200.00 |
| DENTAL | 8.15 | 97.80 |
| LIFE | 0.52 | 6.24 |
| PPO IL | 247.39 | 2,477.98 |
| POLICE BEN. FUND | 5.00 | 60.00 |
| WORKERS COMP - TTD | 0.00 | 8,090.76 |
| TOTALS: | 2,571.57 | 34,855.43 |

### IMPORTANT MESSAGE

### DIRECT DEPOSIT

| BANK | CURRENT |
|---|---|

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 73,807.11 | 50,994.40 | 0.00 | 61,824.99 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 304.00 | 0.00 | 0.00 | 304.00 |
| FLOATING HOLIDAY 8 HR | 24.00 | 0.00 | 0.00 | 24.00 |
| SICK LEAVE 8 HRS. | 416.52 | 3.70 | 16.00 | 404.22 |
| POLICE VAC | 153.10 | 7.69 | 0.00 | 160.79 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 90.36 | 896.46 |
| DENTAL-VOS SHARE | 46.18 | 554.16 |
| LIFE-VOS SHARE | 3.80 | 45.60 |
| PPO IL_ER | 1,401.86 | 14,041.62 |
| TOTALS: | 1,542.20 | 15,537.84 |

**EXHIBIT 3**

**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT**
**VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

**DD274322**

| DATE | NET AMOUNT |
|---|---|
| 09/02/2022 | $4,580.38 |

***VOID**********VOID**********VOID********CHECK STUB REPRINT******

1654
MELISSA D RUSSELL

EMPLOYEE NAME: MELISSA D RUSSELL   EMPLOYEE NO.: ▓   CHECK DATE: 09/02/2022   DD274322
FOR THE TWO WEEKS ENDING: 08/26/2022   GROSS: 7,383.13   NET: 4,580.38

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 57.25 | 131,653.2755 | 3,117.28 |
| VACATION USED | 2.25 | 63.2948 | 142.41 |
| SICK LEAVE USED | 20.50 | 63.2948 | 1,297.54 |
| OT-SPECIAL OPERATION | 15.75 | 95.7354 | 1,507.83 |
| LONGEVITY | | 0.0000 | 45.83 |
| OT-PATROL | 8.00 | 95.7354 | 765.88 |
| HOLIDAY FLOAT/8 | 8.00 | 63.2948 | 506.36 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 102.33 | 1,438.33 |
| FEDERAL TAX | 1,211.00 | 15,266.63 |
| STATE TAX | 302.34 | 4,093.10 |
| POLICE PENSION | 506.34 | 8,885.84 |
| MEDICAL CARE 125 | 118.75 | 2,018.75 |
| NATIONWIDE | 350.00 | 5,950.00 |
| DENTAL | 8.15 | 135.85 |
| LIFE | 0.52 | 8.84 |
| PPO IL | 198.32 | 3,078.04 |
| POLICE BEN. FUND | 5.00 | 85.00 |
| **TOTALS:** | **2,802.75** | **40,960.38** |

### IMPORTANT MESSAGE

### DIRECT DEPOSIT

| BANK | CURRENT |
|---|---|

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 104,986.83 | 84,359.51 | 0.00 | 99,195.35 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 304.00 | 0.00 | 0.00 | 304.00 |
| FLOATING HOLIDAY 8 HR | 8.00 | 0.00 | 8.00 | 0.00 |
| SICK LEAVE 8 HRS. | 470.52 | 3.70 | 20.50 | 453.72 |
| POLICE VAC | 91.86 | 7.69 | 2.25 | 97.30 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 102.33 | 1,438.33 |
| DENTAL-VOS SHARE | 46.18 | 769.46 |
| LIFE-VOS SHARE | 3.80 | 64.60 |
| PPO IL_ER | 1,123.79 | 17,442.23 |
| **TOTALS:** | **1,276.10** | **19,714.62** |

**EXHIBIT 3**

**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT**
**VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

DD273455

| DATE | NET AMOUNT |
|---|---|
| 08/05/2022 | $3,764.15 |

***VOID**********VOID**********VOID********CHECK STUB REPRINT******

1654
MELISSA D RUSSELL

---

EMPLOYEE NAME: MELISSA D RUSSELL     EMPLOYEE NO.: 1███     CHECK DATE: 08/05/2022     DD273455

FOR THE TWO WEEKS ENDING: 07/29/2022     GROSS: 6,210.38     NET: 3,764.15

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 32.50 | 131,653.2755 | 2,025.44 |
| VACATION USED | 40.00 | 63.2948 | 2,531.79 |
| OT-BIKE/NEIGHBORHOOD | 4.00 | 95.7354 | 382.94 |
| OT-SPECIAL OPERATION | 7.50 | 95.7354 | 718.02 |
| LONGEVITY | | 0.0000 | 45.83 |
| HOLIDAY FLOAT/8 | 8.00 | 63.2948 | 506.36 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 85.33 | 1,260.39 |
| FEDERAL TAX | 929.54 | 13,286.92 |
| STATE TAX | 244.28 | 3,579.65 |
| POLICE PENSION | 506.34 | 7,873.16 |
| MEDICAL CARE 125 | 118.75 | 1,781.25 |
| NATIONWIDE | 350.00 | 5,250.00 |
| DENTAL | 8.15 | 119.55 |
| LIFE | 0.52 | 7.80 |
| PPO IL | 198.32 | 2,681.40 |
| POLICE BEN. FUND | 5.00 | 75.00 |
| **TOTALS:** | **2,446.23** | **35,915.12** |

### IMPORTANT MESSAGE

### DIRECT DEPOSIT
CURRENT

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 92,063.47 | 73,800.31 | 0.00 | 86,923.47 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 304.00 | 0.00 | 0.00 | 304.00 |
| FLOATING HOLIDAY 8 HR | 16.00 | 0.00 | 8.00 | 8.00 |
| SICK LEAVE 8 HRS. | 463.12 | 3.70 | 0.00 | 466.82 |
| POLICE VAC | 180.48 | 7.69 | 40.00 | 148.17 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 85.33 | 1,260.39 |
| DENTAL-VOS SHARE | 46.18 | 677.10 |
| LIFE-VOS SHARE | 3.80 | 57.00 |
| PPO IL_ER | 1,123.79 | 15,194.65 |
| **TOTALS:** | **1,259.10** | **17,189.14** |

**EXHIBIT 3**

**VILLAGE OF SKOKIE**
P.O. BOX 309
SKOKIE, ILLINOIS 60076-0309

**DISBURSEMENT ACCOUNT
VOID AFTER 180 DAYS**

NORTH SHORE
COMMUNITY BANK
A TRUST COMPANY

**DD299942**

| DATE | NET AMOUNT |
|---|---|
| 12/06/2024 | $4,061.20 |

***VOID**********VOID**********VOID********CHECK STUB REPRINT*****

1654
MELISSA D RUSSELL

EMPLOYEE NAME: MELISSA D RUSSELL   EMPLOYEE NO.: 1█   CHECK DATE: 12/06/2024   DD299942
FOR THE TWO WEEKS ENDING: 11/29/2024   GROSS: 6,655.66   NET: 4,061.20

### EARNINGS

| CODE | QUANTITY | RATE | CURRENT |
|---|---|---|---|
| SALARY | 79.25 | 139,670.9600 | 5,321.60 |
| TRAINING REIMBURSEME | | 0.0000 | 30.00 |
| VACATION USED | 0.75 | 67.1495 | 50.36 |
| OT-GRANT | 1.00 | 101.7339 | 101.73 |
| OT-SPECIAL OPERATION | 10.75 | 101.7339 | 1,093.64 |
| LONGEVITY | | 0.0000 | 58.33 |

### DEDUCTIONS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| MEDICARE | 90.39 | 2,196.82 |
| FEDERAL TAX | 960.06 | 23,188.94 |
| STATE TAX | 259.34 | 6,318.40 |
| POLICE PENSION | 538.14 | 13,276.71 |
| MEDICAL CARE 125 | 125.00 | 2,875.00 |
| NATIONWIDE | 350.00 | 8,050.00 |
| DENTAL | 8.48 | 191.74 |
| LIFE | 0.52 | 11.96 |
| PPO IL | 257.53 | 5,821.79 |
| POLICE BEN. FUND | 5.00 | 115.00 |
| TOTALS: | 2,594.46 | 62,046.36 |

**IMPORTANT MESSAGE**

**DIRECT DEPOSIT**

| BANK | CURRENT |
|---|---|
| ███████ | ███████ |

| YTD Gross | YTD W2 Wages | YTD SS Wages | YTD Med Wages |
|---|---|---|---|
| 160,764.68 | 130,178.24 | 0.00 | 151,504.95 |

### LEAVE TIME

| ACCRUAL | BEGIN BAL | ACCRUED | USED | REMAINING |
|---|---|---|---|---|
| BONUS TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| CT SWORN PD | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERGENCY LEAVE | 64.00 | 0.00 | 0.00 | 64.00 |
| FLOATING HOLIDAY 8 HR | 0.00 | 0.00 | 0.00 | 0.00 |
| SICK LEAVE 8 HRS. | 449.17 | 3.70 | 0.00 | 452.87 |
| POLICE VAC | 138.32 | 7.69 | 0.75 | 145.26 |

### VILLAGE FUNDED BENEFITS

| CODE | CURRENT | YTD AMOUNT |
|---|---|---|
| FICA(MED)-VOS SHARE | 90.39 | 2,196.82 |
| DENTAL-VOS SHARE | 48.07 | 1,086.71 |
| LIFE-VOS SHARE | 3.80 | 87.40 |
| PPO IL_ER | 1,459.34 | 32,990.02 |
| TOTALS: | 1,601.60 | 36,360.95 |

**EXHIBIT 3**