## 5.2 COMPENSATION

**POLICY**

The Village of Skokie, as a unit of local government, is subject to the provisions of the federal Fair Labor Standards Act (FLSA) and the various state laws contained in the Fair Labor Standards Division of the Illinois Department of Labor. These provisions specify eligibility criteria for compensation of hours worked over the standard work week. Certain positions (salaried employees), as defined under FLSA, are exempt from overtime compensation regardless of the hours worked in a week. Employees in non-exempt positions (hourly work force) are eligible for either overtime pay or compensatory time for overtime hours worked over the standard work week. The Village has the right to schedule overtime to meet operational needs. Recognition of additional work by an exempt employee is at the discretion of the Village Manager.

**5.2.01 Overtime and Compensatory Time:** Compensation for authorized overtime of non-exempt employees is at a rate of one and one-half times the employee's hourly rate of pay for all hours worked over 40 hours during a seven (7) day work cycle. This overtime rate is normally one and one-half (1-1/2) times the employee's regular base hourly rate of pay. However, under FLSA, the employee's hourly rate includes eligible assignment pay stipends and/or longevity pay. This overtime rate for such employees is one and one-half (1-1/2) times their base hourly rate, including the hourly equivalents of other eligible pay. Sworn uniformed Fire and Police employee's work cycle follows FLSA's 7(K) section.

    a) Forty-hour a week employees have to receive over 40 hours of compensation due to work or authorized paid leave (not including compensatory time scheduled off) in a seven (7) day work cycle before being eligible for overtime.

    b) For employees working a 37.5 hour work schedule, the first 2.5 hours worked over 37.5 hours of work and authorized paid leave is at a straight time rate calculated on the employee's regular base rate of pay. Additional hours of work totaling more than 40 hours of work or authorized paid leave (not including compensatory time scheduled off) in a seven (7) day work cycle becomes eligible for overtime.

    c) Fractional hours worked as overtime will be rounded for payroll purposes to the nearest increment of 15 minutes as follows.

| | | |
|---:|:---:|:---|
| 0 - 7 minutes | = | 0 minutes |
| 8 - 22 minutes | = | 15 minutes |
| 23 - 37 minutes | = | 30 minutes |
| 38 - 52 minutes | = | 45 minutes |
| 53 - 67 minutes | = | 60 minutes |

    d) All non-exempt full-time classified employees working overtime hours (except sworn uniform Fire personnel), may elect to request compensatory time instead of an overtime payment. Compensatory time consists of one and one-half times the overtime hours actually worked. While employee wishes will be considered, the scheduling of compensatory time shall be subject to the

Effective May 2022

**EXHIBIT 4**

        paramount needs of the Department as determined by the employee's supervisor. Accordingly, compensatory time may only be taken with the approval of the employee's supervisor if scheduling permits, or in an unanticipated serious emergency if approved by the employee's department head. A collective bargaining agreement will govern the compensatory time practices of sworn uniformed personnel.

    e)    The accumulation of compensatory time for non-exempt employees, is limited up to a maximum of 20 days. A lesser maximum total accumulation may be set for certain divisions/work units due to operational necessity. These accumulations are short-term, with the scheduling of earned compensatory time within 90 calendar days from the date that the overtime was worked. Compensatory hours, not used within the 90-day period are paid at the prevailing straight-time hourly rate of pay. Terminating employees will receive a straight-time hourly payment for any unused compensatory hours.

    f)    Exempt employees of the Village, as the salaried workforce, shall have no expectation for compensatory time. Their salaried compensation is remuneration for the performance of assigned tasks regardless of the hours needed to complete those tasks. Recognition of additional work by exempt staff is solely at the discretion of the Village Manager.

    g)    Part-time employees receive a straight-time hourly rate of pay for all hours worked up to 40 hours in a seven (7) day work cycle. Hours worked over 40 hours in a seven (7) day work cycle shall be eligible for pay at an overtime rate of pay.

    h)    Apart from the provisions listed above, the Village reserves the right to require employees to work at times other than their scheduled hours (e.g., 8:30 a.m. to 5:00 p.m. Monday through Friday) which may be weekends, nights or such time as necessary to meet the performance needs of a Department/Division, office or operating unit.

**5.2.02 Special Assignment Compensation:** Under certain circumstances, special compensation may be authorized by the Village Manager or provided by a collective bargaining agreement for a special work assignment. Such compensation is in addition to the employee's regular base rate of pay and shall continue during the period of time the employee performs those duties.

**5.2.03 Longevity Compensation:** With the increased length of service of an employee there normally is a residual gain in experience and a continuity in the delivery of services. The Village's pay plan, vacation schedule and retirement vacation allowance are several means of recognizing length of service. In addition, the Village provides the following schedule of longevity pay for full-time employees not covered by a collective bargaining agreement. Full-time employees on the active payroll with continuous unbroken service with the Village are eligible to receive longevity pay. Longevity compensation is paid bi-weekly. Longevity compensation is included along with an employee's regular base rate of pay to establish an hourly rate of pay for the calculation of overtime.

    a)    Longevity for full-time employees is compensated based on the following

Effective May 2022

**EXHIBIT 4**

schedule:

| Period | Amount |
|---|---|
| 0 years up to 8th Anniversary * | $0/year |
| On 8th Anniversary up to 15th Anniversary * | $800/year |
| On 15th Anniversary up to 20th Anniversary * | $1,100/year |
| On 20th Anniversary up to 25th Anniversary * | $1,400/year |
| On 25th Anniversary * | $1,750/year |

* - Must be continuous completed years of service.

Longevity increases become effective on the employee's employment anniversary date.

b) Part-time Conversion for Service Credit: Effective November 1998, regular part-time employees who are reclassified to full time status may be eligible for pro-rated service credit toward longevity. To be eligible, the part-time employee must have worked a regular schedule of at least 20 hours per week on a twelve month basis and must have completed at least 60 months of continued service with the Village. The proration shall be calculated to be equivalent to one half of the part-time service, for example:

| Months of Completed Service | Conversion to Full time | Longevity Eligibility |
|---|---|---|
| 60 months | 30 months | $0.00 |
| 73 months | 37 months | $0.00 |
| 105 months | 53 months | $0.00 |
| 146 months | 73 months | $0.00 |
| 192 months | 96 months | $67.00/month |

In the event there is a break in service, Section b) does not apply.