# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate *Mr., Ms., Mrs.*) | HOME TELEPHONE (*Include Area Code*) |
|---|---|
| Melissa Russell | 847-909-9122 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1978 S. Jonathan Drive | Round Lake, IL 60073 | 01/03/1982 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*if more than one list below.*)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (*Include Area Code*) |
|---|---|---|
| Skokie Police Department | | 847-982-5900 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 7300 Niles Center Rd. | Skokie, IL 60077 | Cook |

| NAME | | TELEPHONE (*Include Area Code*) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))

X RACE   X COLOR   X SEX   ☐ RELGION   ☐ NATIONAL ORGIN

X RETALIATION   ☐ AGE   X DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest

December 2017 to Present

X CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

See Complainant's Affidavit attached hereto

| I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Melissa D. Russell*<br>ID MNSi3tNVSRKMjaVuys5GCofM<br><br>Date 3/2/2023       Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

**EXHIBIT 5**

**Complainant Affidavit**

1. My name is Melissa Russell (01/03/1982).
2. My address is 1978 S. Jonathan Drive, Round Lake, IL 60073 and my phone number is 847-909-9122.
3. I work for the Skokie Police Department.
4. On February 16, 2021, CMDR. Pawlak notified me of two (2) complaints about alleged misuse of time policy. Numerous other complaints regarding Complainant's alleged misuse of time policy.
5. On February 16, 2021, Village terminated Complainant's workman's compensation and Complainant was informed she would have to use personal time for all treatment appointments stemming from her injuries sustained as an act of duty.
6. February 22, 2021, CMDR. Gramins came into Complainant's office about 1515 hours and asked her to sign a Red Dot Form for arbitrary reason and Gramins made derogatory comments about Complainant.
7. March 05, 2021 – Stephany Gonzalez informed Complainant that CMDR Gramins ordered her to perform work in violation of her restrictions and light-duty status. Complainant reported CMDR. Gramins' misconduct to DC Weinman.
8. On April 13, 2021, CMDR Gramins attempted to undermine a project that Complainant had been working on and questioned her decision-making abilities. Complainant reported the abuse to CMDR Pawlak the same day.
9. On August 17, 2021, CMDR Pawlak informed Complainant that 2 (two) additional complaints had been lodged against her. One for working out for 2 hours on her lunch period, which is a common practice shared by other similarly situated employees. No other employees were written up for similar behavior. The second complaint alleged that Complainant violated dress policy by wearing street clothes prior to her physical therapy. No other similarly situated employees had complaints lodged against them for the alleged dress policy violation.
10. On August 20, 2021, Complainant met with CMDR Pawlak and made a complaint that she was being harassed, discriminated against and arbitrarily being subjected to false complaints. She fully informed CMDR Pawlak of the emotional and physical pain she was experiencing due to the harassment. She also complained that the harassment was impairing her ability to get promoted. CMDR Pawlak coordinated a meeting with DC Weinman. Complainant relayed the same complaints to DC Weinman, who did nothing about the complaints.
11. At the same meeting with CMDR. Pawlak and then again with DC Weinman, Complainant asked all complaints made against her be investigated fully and determined to be unfounded. Complainant also requested that discipline should be sought for those making the false allegations and causing her stress in the workplace.
12. Later in August 2021, CMDR Pawlak held a meeting with Complainant and Steve Odeshoo regarding the reported harassment in the workplace. Odeshoo admitting to informing Commander Libit that he believed Complainant was not fit for duty and needed peer support. Commander Libit was not in the Peer Support division.

**EXHIBIT 5**

13. On 12/30/21 & 12/31/21 Complainant had medical procedures for her on-duty injuries. Complainant used sick time for the aforementioned dates; however, the Department (Chief Baker) later changed the status from sick time to vacation time. Other similarly situated employees were permitted to use sick time rather than vacation time.
14. On January 06, 2022, CMDR Gramins made a complaint to CMDR Pawlak that Complainant had failed to timely complete the Department's LEDI Firearms Compliance Electronic Form, despite the fact that the Form has a completion date of January 30.
15. On August 18, 2022, DC Barnes accused Complainant of misusing the overtime policy for actions that had been done by other similarly situated employees.
16. On September 9, 2022, Complainant was ordered she was no longer allowed to work HB at home. Other similarly situated employees were allowed to do so.
17. On September 14, 2022, Complainant was summoned to a meeting with CMDR Pawlak and DC Barnes where Complainant was again accused of fraudulent use of overtime. Complainant reiterated her previous complaints about harassment and discrimination in the workplace and her complaints were again ignored.
18. On September 27, 2022, Complainant met with DC Barnes in the presence of CMDR. Pawlak, where Complainant again readdressed her previous complaints about harassment and discrimination in the workplace and her complaints were again ignored.
19. On December 08, 2022, the Department arranged for Complainant to speak with a mediator regarding the cohesiveness and communication of the officers within the Programs and Planning Unit, which Complainant is the immediate supervisor for. The arraignment was pre-text in an attempt to mitigate the Village's liability for the harassment and discrimination.
20. On January 17, 2023, CMDR Pawlak told Complainant about the mediator's conclusions and recommendations to run the unit more efficiently. None of Complainants reports of harassment and discrimination were considered.
21. On January 12, 2023, CMDR Gramins stood outside the office where Complainant was having a work-related conversation. This was a common theme where CMDR Gramins would position himself in a way that he could see into Complainant's office while she was present.
22. Complainant was passed over for promotion six (6) times despite being more qualified.
23. Complainant was denied training at the Staff and Command Course. Her denial was arbitrary and put her at a significant disadvantage in the promotional process.
24. Complainant reported her discrimination complaints about the promotional process on multiple occasions:
    - November 16, 2021 – Met with Chief Baker
    - December 01, 2021 - Met with Chief Baker regarding 2021 promotional process and defamation of character/sabotage/slander/ & complaints.
    - December 02, 2021 – DC Barnes, DC Weinman and CMDR. Pawlak met with Baker regarding Complainant and the 2021 promotional process.
    - December 09, 2021 – Met with Chief Baker again regarding a follow-up to complaints of discrimination.

**EXHIBIT 5**

- October 03, 2022 – Follow-up meeting with Chief Baker from the meetings on December 02 & 09, 2021. No meaningful explanation was provided.
25. January 12, 2022, Complainant was not paid for overtime work already performed.
26. January 13, 2022, Complainant was not paid for overtime work already performed.
27. January 10, 2022 – March 25, 2022 was not paid for overtime work already performed.
    a. Ordered by DC Barnes to not enter anymore overtime into the PACE scheduling database and to keep track of my overtime on an Excel spreadsheet from January 10, 2022 – March 25, 2022, while attending the Staff and Command Course in Lincolnshire, IL. I was not paid for a total of 70 OT hours from January 10, 2022 – March 25, 2022.
28. HIPPA Law violation. Sick reason is entered into PACE scheduling system, with multiple people having access to the confidential information. Complainant's medical information was disclosed to unauthorized people.

## Declaration

I, the undersigned, declare under penalty of perjury that the statements made in the above affidavit are true and correct to the best of my knowledge, information and belief.

*Melissa D. Russell*
ID 9eb89rmgkohuptDjVTRuqymv

3/2/2023

Melissa Russell                                             Date

**EXHIBIT 5**