IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MELISSA RUSSELL** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-5197 |
| | ) | |
| **VILLAGE OF SKOKIE; CHIEF BRIAN BAKER**, in his individual capacity; **CHIEF JESSE BARNES**, in his individual capacity; **COMMANDER TIMOTHY GRAMINS**, in his individual capacity. | ) ) ) ) ) ) ) ) | Hon. April M. Perry<br><br>Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Keith L. Hunt and Delaney A. Hunt, respectfully request leave to withdraw as counsel for Plaintiff in this matter and state:

1. Keith L. Hunt and Delaney A. Hunt have acted as counsel for Plaintiff since the inception of this case.

2. Due to unforeseen circumstances, unforeseen and irreconcilable differences have arisen between counsel and Plaintiff which cannot be resolved. Therefore, counsel seek leave to withdraw.

3. This case is at an early stage. No discovery has been served or taken, so there is no prejudice to either party.

4. Plaintiff has been advised of this motion in accordance with Illinois Supreme Court Rules and the rules of this Court.

      5.      Counsel has provided a copy of this motion to the Plaintiff along with instructions to contact the Clerk to appear remotely for the July 16, 2025 status date. Counsel has also provided the Court the attached Notification of Party Contact Information Form providing the Court with Plaintiff's address, telephone number and email address..

      6.      Counsel respectfully requests that Plaintiff be granted 45 days to secure new counsel and to file an Amended Complaint if Plaintiff or her new counsel chooses.[Dkt.43].

      WHEREFORE, Plaintiff's counsel, Keith L. Hunt and Delaney A. Hunt, respectfully requests leave to withdraw.

                                      Respectfully submitted,
                                      HUNT LAW, P.C.

                                      /s/ *Keith L. Hunt*
                                      An Attorney for Plaintiff

Keith L. Hunt
Hunt Law, P.C.
2275 Half Day Rd. Suite 126
Bannockburn, IL 60015
(312) 558-1300 (p)
khunt@huntpclaw.com

11/13/2024

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:   1978 S. Jonathan Drive

**City:**                       **State:**

**Zip:**                        **Telephone Number:**

**Email address of Client:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:**____/s/ Keith L. Hunt_____

**Date:**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this motion has been filed and served through the Court's CM/ECF electronic Filing System on all counsel of record on July 11, 2025.

/s/ *Keith L. Hunt*
An Attorney for Plaintiff